IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER JONES**     **PLAINTIFF**
**ADC #611484**

v.     **CASE NO. 3:21-CV-00172-BSM**

**KENDALL DRINKARD,** *et al.*     **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, United States Magistrate Judge Joe J. Volpe's proposed findings and recommendations [Doc. No. 6] are adopted. Christopher Jones's official capacity damages claims and his false disciplinary claim against Kendall Drinkard are dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE