IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER JONES**                                                               **PLAINTIFF**
**ADC #611484**

v.                                    **CASE NO. 3:21-CV-00172-BSM**

**KENDALL DRINKARD,** *et al.*                                               **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 37] is adopted. The Doe defendants are dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE