IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER JONES                                                                    PLAINTIFF
ADC #611484
v.                            3:21-cv-00172-BSM-JJV

KENDALL DRINKARD, *et al.*                                                        DEFENDANTS

## ORDER

Plaintiff Christopher Jones filed a Motion to Clarify asking the Court to answer questions regarding the sealed video evidence filed as part of Defendants' Motion for Summary Judgment. (Doc. Nos. 43, 45.) Plaintiff's Motion is GRANTED, in part. (Doc. No. 49.)

Plaintiff notes defense counsel previously stated there was "no video recording of this incident." (Doc. No. 26 at 8.) While I have not yet reviewed the entire Motion, it appears the sealed video is in fact of the incident that is the subject of this litigation. Plaintiff is entitled to review the video prior to filing a response to the Motion. So, Defense Counsel shall arrange with prison authorities to review the video forthwith. For record purposes, Counsel shall file a notice stating when Plaintiff was allowed to review the video and the circumstances of why Plaintiff was previously told no video existed when, apparently, a video does in fact exist.

The video is filed under seal because of security concerns associated with video being released to the general public. (Doc. Nos. 43-44.) Should this matter proceed to trial, the video may be used as evidence at trial. Plaintiff was mailed a copy of the Motion, but given its recent filing, it likely has not yet made to Plaintiff. Given that Plaintiff will likely need time to review the video before responding to the Motion for Summary Judgment, Plaintiff may have until August 19, 2022, to file his Response to the Motion for Summary Judgment.

SO ORDERED this 22nd day of July 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE