# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER JONES**                                                                                      **PLAINTIFF**
ADC #611484

v.                              **CASE NO. 3:21-CV-00172-BSM**

**DRINKARD et al.,**
Sergeant, North Central Unit                                                                           **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 65] is adopted. The motion for summary judgment filed by Sergeant Kendall Drinkard, Corporal Andrew Teegarden, Corporal Scott Jenkins, Sergeant Ian Ward, and Captain Kaleena Watson [Do. No. 45] is denied. Accordingly, this case will be set for jury trial.

IT IS SO ORDERED this 27th day of October, 2022.

*(signature)*
UNITED STATES DISTRICT JUDGE