UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER JONES**                                                                         **PLAINTIFF**
**ADC # 611484**
v.                                              **CASE NO. 3:21-CV-00172-BSM**

**KENDALL DRINKARD, et al.,**                                                        **DEFENDANTS**

## ORDER

Christopher Jones's motion for appointment of counsel [Doc. No. 75] is granted. CJA panel member Garry J. Corrothers is appointed to help Jones prepare for trial and represent him at trial. *See* Local Rule 83.7. The clerk is directed to send Corrothers a copy of this order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact court staff, and a copy of the file, or any portion requested, will be provided via compact disc free of charge.

Jones's motions to clarify [Doc. Nos. 70-72] are construed as motions for a status update and are granted. The clerk of the court is directed to send Jones an updated copy of the docket sheet. Jones's motion to clarify [Doc. No. 66] is denied as moot because defendants filed a notice confirming Jones reviewed the incident video. Doc. Nos. 29, 60-1.

IT IS SO ORDERED this 10th day of November, 2022.

UNITED STATES DISTRICT JUDGE