## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER JONES**                                                                 **PLAINTIFF**
**ADC #611484**

v.                         **CASE NO. 3:21-CV-00172-BSM**

**KENDALL DRINKARD, et al.**                                          **DEFENDANTS**

## JUDGMENT

Defendant Kaleena Watson's oral motion for judgment as a matter of law was granted after plaintiff Christopher Jones rested. Now, after two days of trial, the jury returned verdicts in favor of the remaining defendants, Kendall Drinkard, Andrew Teegarden, Scott Jenkins, and Ian Ward. Judgement is therefore entered for all defendants and against Jones, and Jones's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 7th day of September, 2023.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE